IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| STEPHEN KIRKLAND and<br>KRISTIN KIRKLAND,<br><br>   Plaintiffs,<br><br>v.<br><br>TRI-C WOOD PRODUCTS, INC.,<br><br>   Defendants,<br><br>v.<br><br>V&B INTERNTIONAL, INC.,<br><br>   Third-Party Defendant. | Civil Action No. 7:16-cv-00062-O |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 25. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation de novo since a motion to remand is a dispositive matter. *Davidson v. Georgia-Pacific, LLC*, 819 F.3d 758, 765 (5th Cir. April 19, 2016). Accordingly, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, this case is **REMANDED** to the 97th Judicial District Court of Montague County, Texas. The clerk shall mail a certified copy of this order to the clerk of Montague, Texas. 28 U.S.C. § 1447(c).

**SO ORDERED** on this **16th day** of **August, 2016.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**